JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DAVON WESTLEY MOORE,

Petitioner,

v.

JOHN SUTTON, Warden,

Respondent.

Case No. 2:21-cv-08957-DOC-KES

**JUDGMENT**

Pursuant to the Court's Order Dismissing Habeas Petition As Successive and Declining to Issue Certificate of Appealability,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: November 29, 2021

David O. Carter

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE